Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-0203 RSM |
| Plaintiff, | **ORDER** |
| v. | |
| ADAM MARK BISHOP, | |
| Defendant. | |

THE COURT has considered the Defendant's unopposed motion to proceed with guilty plea hearing by video or telephonic hearing, along with all the records and files in this case and the General Orders currently in effect.

THE COURT FINDS that the circumstances are as set forth in the Defendant' unopposed motion, and that a remote guilty plea hearing via video or telephone may take place as soon as practicable because further delays in this case would cause "serious harm to the interests of justice," *see* General Order No. 04-20 (3/30/20), for the reasons set forth in the Defendant's unopposed motion. Accordingly,

ORDER AUTHORIZING GUILTY PLEA TO PROCEED BY VIDEO
OR TELEPHONIC CONFERENCE - 1
*U.S.A. v. Bishop*, CR19-0203 RSM

**THOMAS D. COE**
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816

1 THE COURT ORDERS that Mr. Bishop may proceed with the plea hearing by video
2 or telephonic conference, consistent with current procedures established by this Court, and
3 directs the parties to consult with one and other and the court to schedule such a hearing at a
4 mutually acceptable date and time.

5 DONE this 7th day of October, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

10 Presented by:

11 */s/ Thomas D. Coe*
12 By: _____
THOMAS D. COE
13 Attorney for Defendant Adam Mark Bishop

ORDER AUTHORIZING GUILTY PLEA TO PROCEED BY VIDEO
OR TELEPHONIC CONFERENCE - 2
*U.S.A. v. Bishop*, CR19-0203 RSM

**THOMAS D. COE**
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816