Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM MARK BISHOP,<br><br>Defendant. | NO. CR19-0203 RSM<br><br>**ORDER** |

THE COURT has considered the Defendant's unopposed motion to proceed with sentencing hearing by video conferencing, along with all the records and files in this case and the General Orders currently in effect.

THE COURT FINDS that the circumstances are as set forth in the Defendant's unopposed motion, and that a remote sentencing hearing my proceed via video conferencing as arranged by the court because further delays in this case would cause "serious harm to the interests of justice," *see* General Order No. 04-20 (3/30/20), for the reasons set forth in the Defendant's unopposed motion. Accordingly,

ORDER AUTHORIZING SENTENCING HEARING TO PROCEED BY
VIDEO CONFERENCE - 1
*U.S.A. v. Bishop*, CR19-0203 RSM

**THOMAS D. COE**
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816

THE COURT ORDERS that Mr. Bishop's scheduled sentencing hearing may proceed by video conference, consistent with current procedures established by this Court.

DONE this 4th day of February, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Thomas D. Coe*
By:
THOMAS D. COE
Attorney for Defendant Adam Mark Bishop

ORDER AUTHORIZING SENTENCING HEARING TO PROCEED BY
VIDEO CONFERENCE - 2
*U.S.A. v. Bishop*, CR19-0203 RSM

**THOMAS D. COE**
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816