UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br><br>     v.<br><br>ADAM MARK BISHOP,<br>           Defendant. | NO.  CR19-203 RSM<br><br>ORDER GRANTING UNOPPOSED MOTION TO TERMINATE THOMAS COE AS COUNSEL OF RECORD AND APPOINT NEW COUNSEL |

THE COURT, having reviewed the unopposed motion, GRANTS THE MOTION to terminate Mr. Thomas Coe as counsel of record and directs the CJA Administrator to appoint new CJA counsel to represent Mr. Adam Mark Bishop.

Dated this __9th__ day of April, 2026.

_____
Ricardo S. Martinez
U.S. District Court Judge

Order Page - 1